JULIA HARPMAN, Respondent, *v.* EIGHTH AVENUE RAILROAD COMPANY, Appellant.

*Negligence — railroads — taxicab struck from behind by street car - action by taxicab passenger to recover for injuries.*

*Harpman* v. *Eighth Ave. R. R. Co.,* 202 App. Div. 797, affirmed.

(Argued January 18, 1923; decided February 2, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 5, 1922, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. A taxicab in which plaintiff was riding down Eighth avenue in the city of New York was struck from behind by one of defendant's cars causing the injuries complained of.

*William J. Curtin* and *Michael Kirtland* for appellant.

*John W. Simpson, 2nd,* and *Thomas D. Thacher* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

EMORY GIFFORD, as Executor of AUGUSTUS C. GIFFORD, Deceased, Respondent, *v.* ADDIE McCULLOUGH, Appellant.

EMORY GIFFORD, as Executor of AUGUSTUS C. GIFFORD, Deceased, Respondent, *v.* EMMA PERKINS, Appellant.

*Decedent's estate — deposits in name of decedent and daughter — action by executor to recover same.*

*Gifford* v. *McCullough,* 201 App. Div. 872, affirmed.

*Gifford* v. *Perkins,* 201 App. Div. 872, affirmed.

(Argued January 19, 1923; decided February 2, 1923.)

APPEAL, in each of the above-entitled actions, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 17, 1922, unanimously affirming a judgment in favor of plaintiff entered upon a verdict directed